1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       Brigid.Martin@usdoj.gov

8  Attorneys for the United States of America

9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                  OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,              )   NO. 4-14-70065
14                                         )
                                           )   STIPULATION AND [PROPOSED] ORDER TO
15         v.                              )   RESET HEARING
                                           )
16                                         )
   RAFAEL LAMONT DAVIS, JR.,              )
17                                         )
           Defendant.                      )
18  _____)

19
        This case is currently set for preliminary hearing or arraignment on February 20, 2014 at 9:30
20
   a.m. before this Court. The parties jointly request that the status hearing be vacated and reset for
21
   Wednesday, February 26, 2014 at 9:30 a.m. before this Court for arraignment on indictment.
22
        The government anticipates that if an indictment is returned on February 20, 2014, that it would
23
   not be returned until after the completion of the Court's morning calendar. Therefore, rather than
24
   requesting a special setting for arraignment on the indictment tomorrow, the parties request that the
25
   matter be reset to February 26, 2014.
26

27
   CR 4-14-70065 (DAVIS)
28 STIP. AND PROP. ORDER TO RESET          1

Defendant initially appeared in this case on February 3, 2014. Defendant is in custody pending trial. Defendant waived time for preliminary hearing under Federal Rule of Criminal Procedure 5.1 from February 12, 2014, through February 20, 2014. Therefore, nine of the fourteen days have elapsed on the deadline for preliminary hearing or arraignment following initial appearance. Due to the time waiver, February 26, 2014, will be the fourteenth day of non-waived time under Rule 5.1 after arraignment on the Complaint. Therefore, the parties represent that there are no timing issues as far as resetting this as the date for preliminary hearing or arraignment to February 26, 2014, and to the extent that there may be timing issues, the defendant waives time under Rule 5.1 through February 26, 2014.

DATED: February 19, 2014                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            /s/ Brigid Martin_____
                                            BRIGID S. MARTIN
                                            Assistant United States Attorney

                                            /s/ Adam Pennella_____
                                            ADAM PENNELLA
                                            Counsel for Mr. Davis

IT IS SO ORDERED. The hearing date set for February 20, 2014, for defendant DAVIS is hereby VACATED and the matter is RESET for status or arraignment on February 26, 2014, at 9:30 a.m., before this Court.

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

DATED: __02/19_____, 2014

CR 4-14-70065 (DAVIS)
STIP. AND PROP. ORDER TO RESET         1